IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK HARRISON | : | CIVIL ACTION |
| v. | : | |
| RAYFORD A. MEANS, J. | : | NO. 07-cv-1659 |

ORDER

AND NOW, this    1st    day of   May   , 2007, upon consideration of the Complaints (sic) filed by Patrick Harrison pro se which has been docketed as a Petition For Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241, it appearing that Patrick Harrison is charged in the Court of Common Pleas of Philadelphia County, Pennsylvania under C.P. No. 06820196 ½, with the crimes of conspiracy, possession of an instrument of crime, and violation of the Uniform Firearms Act, and it appearing that by his Complaints (sic) which names Judge Rayford A. Means as Defendant, Patrick Harrison is seeking to have this Court intervene in the State Court proceedings for the purpose of reinstating his bail or placing him on house arrest, it is ORDERED that the Complaints (sic) filed by Patrick Harrison is DISMISSED.

The Clerk is directed to mark this matter closed.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick,
U.S. District Court Judge